No. 64. FIDELITY & DEPOSIT COMPANY OF MARYLAND *v.* THE CITY OF CLEBURNE ET AL. Appeal from the Circuit Court of Appeals for the Fifth Circuit. Argued October 19, 1925. Decided October 26, 1925. *Per Curiam.* Affirmed with costs upon the authority of *Texas & Pacific Ry Co. v. Railroad Commission of Louisiana,* 232 U. S. 338, 339; *Washington Securities Co. v. United States,* 234 U. S. 76, 78; *Baker v. Scholfield,* 243 U. S. 114, 118; *Piedmont & G. C. Coal Co. v. Seaboard Fisheries Co.,* 254 U. S. 1, 13. *Mr. Washington Bowie, Jr.,* with whom *Mr. Albert B. Hall* was on the brief, for appellant. *Messrs. Alex W. Spence* and *E. B. Stroud, Jr.,* with whom *Mr. E. B. Perkins* was on the brief, for appellees.